**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re: William Trump
Stacy Trump
**Debtor(s)**

Case No.: 14–80373
Chapter: 13

ENTERED
05/21/2020

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/21/20

Jeffrey P. Norman
United States Bankruptcy Judge

```
                        United States Bankruptcy Court
                          Southern District of Texas
In re:                                                  Case No. 14-80373-jpn
William Trump                                           Chapter 13
Stacy Trump
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0541-3          User: admin             Page 1 of 1          Date Rcvd: May 21, 2020
                              Form ID: fnldtxs        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
db/jdb         +William Trump,    Stacy Trump,    209 E. Shadowbend Ave.,    Friendswood, TX 77546-3803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
              John Wesley Lackey    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing johnwlackey@gmail.com
              Michael L Weems    on behalf of Creditor    GREEN TREE SERVICING LLC mlw@hwa.com
              Paul Wilfred Cervenka    on behalf of Creditor    CITIMORTGAGE, INC. paul.cervenka@bonialpc.com
              Thomas M Root    on behalf of Joint Debtor Stacy   Trump tomsnotices@gipsonandnorman.com,
               stephanie@gipsonandnorman.com;tmrbkcy@gmail.com
              Thomas M Root    on behalf of Debtor William   Trump tomsnotices@gipsonandnorman.com,
               stephanie@gipsonandnorman.com;tmrbkcy@gmail.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
              William E. Heitkamp    heitkamp@ch13hou.com
              William E. Heitkamp    on behalf of Trustee William E. Heitkamp heitkamp@ch13hou.com
                                                                                              TOTAL: 8
```